April -12- 2015

Twelfth Court of Appeal
Clerk Cathy .S. Lusk

REC'D IN COURT OF APPE
12th Court of Appeals District

APR 20 2015

TYLER TEXAS
CATHY S. LUSK, CLE

Cause No-12-15-00067-CR
Trial Court Case Number
007-1110-10

Dear Clerk
"Greetings" Would you please give me the status
to the Cause no. above The Writ of Mandamus.
Please take notice of Change of address. The
new address that im at is Micheal Unit
2664 F.M. 2054 Tennessee Colong Tx 75886

Sencrely
Jody Ford McCrea

Jody Ford McCreary
1694118 Michael Unit
2664 F.M. 2054
Tennessee Colong
Tx 75886